· Albert Russell Brandly, Appellant, v. American Butter Company, Respondent.— Order affirmed, without costs. No opinion.

Max Kliger, Respondent, v. Samuel Rosenfeld and Morris Weisman, Defendants. Samuel Rosenfeld, as Receiver, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph J. Jermyn, Respondent, v. Delaware and Eastern Railroad Company, Appellant. Joseph H. Holmes, Respondent, v. Delaware and Eastern Railroad Company, Appellant. (No. 1.) Joseph H. Holmes, Respondent, v. Delaware and Eastern Railroad Company, Appellant. (No. 2.) — Orders affirmed, with ten dollars costs and disbursements in each case. No opinion.

In the Matter of the Judicial Settlement of the Accounts of Katharine T. Martin and Alrick H. Man, Executors, etc., of Mary J. Martin, Deceased, Respondents. Caroline M. Robinson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Oscar Scherer, Respondent, v. Charles K. Leicht, Appellant, Impleaded with Peter Whitney.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The City of New York, Respondent, v. Frederick P. Fowler, Appellant.— Order modified by requiring as a condition of discontinuance the payment of all costs in the action to be taxed, and as modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Settle order on notice.

William B. Franklin and George Isham Scott, Respondents, v. Joseph H. Hoadley and Joseph Leiter, Appellants, Impleaded with Cyrus Field Judson. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Emil Erber v. Adolph Oppenheimer.— Motion denied, with ten dollars costs.

James A. Tedford v. Solomon Lichtenstein.— Motion granted to the extent stated in memorandum per curiam. Settle order on notice.

Charles J. Breck v. United States Title Guaranty Company.— See memorandum per curiam.

Manufacturers' Commercial Company v. Henry Blitz.— Motion granted on payment of ten dollars costs. Settle order on notice.

Columbus Dry Goods Company v. Globe and Rutgers Insurance Company.— Application to place case on February calendar denied.

Rudolph Klein, Respondent, v. Aurelia E. Runk, as Administratrix, etc., of Charles E. Runk, Deceased, Appellant.— Judgment affirmed, with costs. No opinion.

In the Matter of the Application of the Mayor, Aldermen and Commonalty of the City of New York, etc., Relative to Acquiring Title Wherever the Same Has